Christopher D. Moon (SBN 246622)
Email: cmoon@kamberlaw.com
Naomi Spector (SBN 222573)
Email: nspector@kamberlaw.com
**KAMBERLAW, LLP**
9404 Genesee Avenue, Suite 340
La Jolla, CA  92037
Phone: 310.400.1051
Fax: 212.202.6364

*Counsel for Plaintiff Sierra Gillespie,
and the putative Classes*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIERRA GILLESPIE, individually, on behalf of herself and others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>TASTE OF NATURE, INC.<br><br>Defendant. | **Case No.: 2:18-CV-02105-RGK**<br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE WITHOUT PREJUDICE**<br><br>Judge:  Hon. R. Gary Klausner |

Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure provides that a plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment.

Pursuant to Rule 41(a)(1)(A)(i), plaintiff Sierra Gillespie hereby gives notice that this action is dismissed without prejudice.

Dated:  June 18, 2018           **KAMBERLAW, LLP**

/s/  *Christopher D. Moon*
Christopher D. Moon, Esq.

*Attorneys for Plaintiff and putative class*

## PROOF OF SERVICE

At the time of service, I was over 18 years of age and not a party to this action. I am employed in the County of San Diego, State of California. My business address is 9404 Genesee Avenue, Suite 3400, La Jolla, CA 92037.

On June 18, 2018, I served true copies by email of the following document described as NOTICE OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i) OF THE FEDERAL RULES OF CIVIL PROCEDURE on the interested parties in this action as follows:

Nicole Ozeran, Esq.
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
2029 Century Park East, Suite 3100
Los Angeles, CA 90067
E-mail: NVOzeran@mintz.com

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on June 18, 2018, at La Jolla, California.

/s/ *Christopher D. Moon*
Christopher D. Moon